**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**PORCHA ALEXANDER, Individually and as
Administratrix for Estate of Sharon Lavette Alexander**                    **PLAINTIFF**

**V.**                    **NO. 4:18-CV-46-BSM**

**PULASKI COUNTY, ARKANSAS,** *et al.*                    **DEFENDANTS**

**MINUTES**

**SETTLEMENT CONFERENCE
BEFORE MAGISTRATE JUDGE BETH DEERE
May 30, 2019**

Present:

Porcha Alexander and her attorney, Austin Porter
Attorney David Fuqua and Chief Jailer Hendrix OBO Pulaski County defendants;
Attorneys Ben Jackson and Devin Bates, and Association of Arkansas Counties Attorney Brandy McAllister, OBO Turnkey Health Clinics defendants.

   The parties negotiated and reached a full and final settlement of all claims. Terms of the settlement agreement were recited on the record and confirmed by counsel. Release Agreement to be signed after probate court approves settlement. The Court will retain jurisdiction for 45 days after dismissal to enforce terms of settlement.

ECRO:   Suzy Flippen
Time in session:   9:00 a.m. to 2:15 p.m.