IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PORCHA ALEXANDER,**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**Individually and as Administratrix for**
**the Estate of Sharon Lavette Alexander**

v.　　　　　　　　　CASE NO. 4:18-CV-00046 BSM

**PULASKI COUNTY ARKANSAS**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed. The parties shall bear their own costs.

IT IS SO ORDERED this 15th day of October 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE